IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CT-3249-D

MOSES LEON FAISON, )
)
Plaintiff, )
)
v. ) **ORDER**
)
STATE OF NORTH CAROLINA, )
and PAT McCRORY, )
)
Defendants. )

On September 13, 2016, Magistrate Judge Numbers issued a Memorandum and Recommendation ("M&R") [D.E. 7]. In that M&R, Judge Numbers recommended that the court dismiss Moses Leon Faison's 42 U.S.C. § 1983 complaint without prejudice and told Faison that he had to seek the requested relief through a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[1] No party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

---

[1] The court declines to convert Faison's action into a section 2254 petition because Faison already filed an application for habeas relief, and Faison has not received authorization to file a second or successive action from the United States Court of Appeals for the Fourth Circuit.

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 7]. In sum, Faison's complaint is DISMISSED without prejudice. The clerk shall close the case.

SO ORDERED. This 16 day of November 2016.

*James Dever*
JAMES C. DEVER III
Chief United States District Judge